# EXHIBIT A TO STATEMENT OF STIPULATED FACTS

| Inv. Number | Payment Date | Amount Sought | Relevant Matter | Date Unredacted Invoice Provided To Truist | Doc. ID of Unredacted Invoice | Date Redacted Invoice Provided to Truist | Doc. ID of Redacted Invoice | Inv. Date | Payee |
|---|---|---|---|---|---|---|---|---|---|
| 3941249 | 6/15/2015 | $38,183.19 | Universitas | 1/31/2020 | WSFS_INDEM_0255715 | 6/22/2018 | WSFS00025427 | 5/20/2015 | Greenberg Traurig |
| 3941247 | 6/15/2015 | $35,969.17 | Universitas | 7/2/2018 | WSFS00065347 | N/A | N/A | 6/10/2015 | Greenberg Traurig |
| 494219 | 7/15/2015 | $14,898.00 | Universitas | 1/31/2020 | WSFS_INDEM_0255616 | 6/22/2018 | WSFS00025191 | 6/30/2015 | Cummings & Lockwood |
| 494358 | 8/5/2015 | $15,651.50 | Universitas | 1/31/2020 | WSFS_INDEM_0255621 | 6/22/2018 | WSFS00025196 | 7/29/2015 | Cummings & Lockwood |
| 3949725 | 8/10/2015 | $34,376.71 | Universitas | 1/31/2020 | WSFS_INDEM_0255723 | 6/22/2018 | WSFS00025435 | 7/6/2015 | Greenberg Traurig |
| 11313038 | 9/9/2015 | $1,800.00 | Universitas | 6/22/2018 | WSFS00025390 | N/A | N/A | 8/11/2015 | AAA |
| 3989538 | 9/11/2015 | $42,306.47 | Universitas | 1/31/2020 | WSFS_INDEM_0255311 | 6/22/2018 | WSFS00024881 | 8/18/2015 | Greenberg Traurig |
| 3996752 | 9/18/2015 | $25,004.50 | Universitas | 1/31/2020 | WSFS_INDEM_0255731 | 6/22/2018 | WSFS00025443 | 9/4/2015 | Greenberg Traurig |
| 497340 | 9/22/2015 | $67,572.10 | Universitas | 1/31/2020 | WSFS_INDEM_0255626 | 6/22/2018 | WSFS00025201 | 9/11/2015 | Cummings & Lockwood |
| 3996753 | 9/22/2015 | $43,035.44 | Universitas | 1/31/2020 | WSFS_INDEM_0255738 | 6/22/2018 | WSFS00025450 | 9/4/2015 | Greenberg Traurig |
| 500166 | 12/1/2015 | $4,080.00 | Ridgewood | 1/31/2020 | WSFS_INDEM_0255895 | 6/22/2018 | WSFS00025720 | 11/16/2015 | Cummings & Lockwood |
| 4053520 | 12/1/2015 | $7,644.00 | Charter Oak Arb Clause | 8/13/2020 | WSFS_INDEM_0257790 | 6/22/2018 | WSFS00024786 | 11/11/2015 | Greenberg Traurig |
| 4053518 | 12/1/2015 | $514.50 | Ridgewood | 6/22/2018 | WSFS00025616 | N/A | N/A | 11/11/2015 | Greenberg Traurig |
| 4053530 | 12/2/2015 | $49,373.79 | Universitas | 1/31/2020 | WSFS_INDEM_0255321 | 6/22/2018 | WSFS00024891 | 11/11/2015 | Greenberg Traurig |
| 500164 | 12/2/2015 | $51,720.86 | Universitas | 1/31/2020 | WSFS_INDEM_0255639 | 6/22/2018 | WSFS00025214 | 11/16/2015 | Cummings & Lockwood |
| 4020849 | 12/2/2015 | $87,893.78 | Universitas | 1/31/2020 | WSFS_INDEM_0255748 | 6/22/2018 | WSFS00025460 | 10/12/2015 | Greenberg Traurig |
| 500165 | 12/2/2015 | $7,510.00 | Conn. Stay Litigation | 1/31/2020 | WSFS_INDEM_0255810 | 6/22/2018 | WSFS00025528 | 11/16/2015 | Cummings & Lockwood |
| 4071134 | 12/29/2015 | $37,853.13 | Universitas | 1/31/2020 | WSFS_INDEM_0255331 | 6/22/2018 | WSFS00024901 | 12/2/2015 | Greenberg Traurig |
| 502128 | 12/29/2015 | $1,999.48 | Universitas | 6/22/2018 | WSFS00025225 | N/A | N/A | 12/18/2015 | Cummings & Lockwood |
| 502129 | 12/29/2015 | $14,511.00 | Conn. Stay Litigation | 1/31/2020 | WSFS_INDEM_0255816 | 6/22/2018 | WSFS00025534 | 12/18/2015 | Cummings & Lockwood |
| 502130 | 12/29/2015 | $7,952.50 | Ridgewood | 1/31/2020 | WSFS_INDEM_0255900 | 6/22/2018 | WSFS00025725 | 12/18/2015 | Cummings & Lockwood |
| 4071141 | 12/29/2015 | $8,967.00 | Charter Oak Arb Clause | 8/13/2020 | WSFS_INDEM_0257796 | 6/22/2018 | WSFS00024792 | 12/3/2015 | Greenberg Traurig |
| 4071138 | 12/29/2015 | $1,029.00 | Ridgewood | 8/13/2020 | WSFS_INDEM_0257864 | 6/22/2018 | WSFS00025621 | 12/3/2015 | Greenberg Traurig |
| 913215 | 12/29/2015 | $17,574.81 | Universitas | 6/22/2018 | WSFS00025234 | N/A | N/A | 11/29/2015 | DTI |
| 915918 | 12/29/2015 | $2,473.51 | Universitas | 6/22/2018 | WSFS00025236 | N/A | N/A | 11/30/2015 | DTI |
| 921387 | 1/20/2016 | $32,996.49 | Universitas | 6/22/2018 | WSFS00025238 | N/A | N/A | 12/31/2015 | DTI |
| 4115976 | 2/11/2016 | $13,440.00 | Charter Oak Arb Clause | 8/13/2020 | WSFS_INDEM_0257802 | 6/22/2018 | WSFS00024798 | 1/26/2016 | Greenberg Traurig |
| 4113285 | 2/11/2016 | $3,634.00 | Ridgewood | 8/13/2020 | WSFS_INDEM_0257869 | 6/22/2018 | WSFS00025626 | 1/19/2016 | Greenberg Traurig |
| 931083 | 3/15/2016 | $1,649.05 | Universitas | 6/22/2018 | WSFS00025242 | N/A | N/A | 2/29/2016 | DTI |
| 504451 | 3/23/2016 | $76,023.73 | Conn. Stay Litigation | 1/31/2020 | WSFS_INDEM_0255823 | 6/22/2018 | WSFS00025541 | 2/19/2016 | Cummings & Lockwood |
| 504452 | 3/23/2016 | $11,865.50 | Ridgewood | 1/31/2020 | WSFS_INDEM_0255905 | 6/22/2018 | WSFS00025730 | 2/19/2016 | Cummings & Lockwood |
| 4132300 | 3/23/2016 | $4,031.50 | Ridgewood | 8/13/2020 | WSFS_INDEM_0257875 | 6/22/2018 | WSFS00025632 | 2/12/2016 | Greenberg Traurig |
| 4147542 | 3/30/2016 | $3,477.09 | Universitas | 1/31/2020 | WSFS_INDEM_0255360 | 6/22/2018 | WSFS00024930 | 3/9/2016 | Greenberg Traurig |
| 4155540 | 3/30/2016 | $62,271.92 | Charter Oak Arb Clause | 8/13/2020 | WSFS_INDEM_0257816 | 6/22/2018 | WSFS00024812 | 3/21/2016 | Greenberg Traurig |
| 4144218 | 3/30/2016 | $8,072.00 | Ridgewood | 8/13/2020 | WSFS_INDEM_0257881 | 6/22/2018 | WSFS00025638 | 3/14/2016 | Greenberg Traurig |
| 4116609 | 4/1/2016 | $41,476.51 | Universitas | 1/31/2020 | WSFS_INDEM_0255341 | 6/22/2018 | WSFS00024911 | 1/29/2016 | Greenberg Traurig |
| 4132310 | 4/1/2016 | $32,200.63 | Universitas | 1/31/2020 | WSFS_INDEM_0255351 | 6/22/2018 | WSFS00024921 | 2/17/2016 | Greenberg Traurig |
| 4132306 | 4/1/2016 | $27,184.50 | Charter Oak Arb Clause | 8/13/2020 | WSFS_INDEM_0257808 | 6/22/2018 | WSFS00024804 | 2/12/2016 | Greenberg Traurig |
| 1512 | 4/14/2016 | $4,491.21 | US v. Carpenter Trial Transcript | 6/22/2018 | WSFS00025275 | N/A | N/A | 3/20/2016 | Darlene Warner (Transcripts) |
| 4163175 | 5/31/2016 | $24,852.84 | Universitas | 1/31/2020 | WSFS_INDEM_0255367 | 6/22/2018 | WSFS00024937 | 4/6/2016 | Greenberg Traurig |
| 507186 | 5/31/2016 | $38,570.30 | Conn. Stay Litigation | 1/31/2020 | WSFS_INDEM_0255842 | 6/22/2018 | WSFS00025560 | 4/29/2016 | Cummings & Lockwood |
| 507187 | 5/31/2016 | $29,612.50 | Ridgewood | 1/31/2020 | WSFS_INDEM_0255912 | 6/22/2018 | WSFS00025737 | 4/29/2016 | Cummings & Lockwood |
| 4163188 | 5/31/2016 | $15,938.50 | Charter Oak Arb Clause | 8/13/2020 | WSFS_INDEM_0257827 | 6/22/2018 | WSFS00024823 | 4/6/2016 | Greenberg Traurig |
| 4163180 | 5/31/2016 | $8,413.23 | Ridgewood | 8/13/2020 | WSFS_INDEM_0257887 | 6/22/2018 | WSFS00025644 | 4/5/2016 | Greenberg Traurig |
| 939045 | 5/31/2016 | $4,098.52 | Universitas | 6/22/2018 | WSFS00025244 | N/A | N/A | 3/31/2016 | DTI |
| 944582 | 5/31/2016 | $1,586.24 | Universitas | 6/22/2018 | WSFS00025246 | N/A | N/A | 4/29/2016 | DTI |
| 4198599 | 6/20/2016 | $24,464.96 | Universitas | 1/31/2020 | WSFS_INDEM_0255375 | 6/22/2018 | WSFS00024945 | 5/18/2016 | Greenberg Traurig |
| 4220932 | 6/20/2016 | $34,473.88 | Universitas | 1/31/2020 | WSFS_INDEM_0255384 | 6/22/2018 | WSFS00024954 | 6/8/2016 | Greenberg Traurig |
| 508651 | 6/20/2016 | $28,839.56 | Ridgewood | 1/31/2020 | WSFS_INDEM_0255922 | 6/22/2018 | WSFS00025747 | 5/20/2016 | Cummings & Lockwood |

| Inv. Number | Payment Date | Amount Sought | Relevant Matter | Date Unredacted Invoice Provided To Truist | Doc. ID of Unredacted Invoice | Date Redacted Invoice Provided to Truist | Doc. ID of Redacted Invoice | Inv. Date | Payee |
|---|---|---|---|---|---|---|---|---|---|
| 4198603 | 6/20/2016 | $9,143.06 | Charter Oak Arb Clause | 6/22/2018 | WSFS00024831 | N/A | N/A | 5/18/2016 | Greenberg Traurig |
| 4220939 | 6/20/2016 | $427.80 | Charter Oak Arb Clause | 8/13/2020 | WSFS_INDEM_0257842 | 6/22/2018 | WSFS00024838 | 6/8/2016 | Greenberg Traurig |
| 4198602 | 6/20/2016 | $21,923.00 | Ridgewood | 8/13/2020 | WSFS_INDEM_0257894 | 6/22/2018 | WSFS00025651 | 5/18/2016 | Greenberg Traurig |
| 4220937 | 6/20/2016 | $32,824.87 | Ridgewood | 8/13/2020 | WSFS_INDEM_0257902 | 6/22/2018 | WSFS00025659 | 6/8/2016 | Greenberg Traurig |
| 951038 | 6/20/2016 | $873.33 | Universitas | 6/22/2018 | WSFS00025248 | N/A | N/A | 5/31/2016 | DTI |
| 512315 | 7/26/2016 | $2,926.35 | Conn. Stay Litigation | 1/31/2020 | WSFS_INDEM_0255858 | 6/22/2018 | WSFS00025576 | 7/15/2016 | Cummings & Lockwood |
| 954795 | 7/26/2016 | $9,458.80 | Universitas | 6/22/2018 | WSFS00025250 | N/A | N/A | 6/30/2016 | DTI |
| 4247732 | 8/15/2016 | $19,222.75 | Universitas | 1/31/2020 | WSFS_INDEM_0255394 | 6/22/2018 | WSFS00024964 | 7/26/2016 | Greenberg Traurig |
| 512316 | 8/15/2016 | $78,702.83 | Ridgewood | 1/31/2020 | WSFS_INDEM_0255931 | 6/22/2018 | WSFS00025756 | 7/15/2016 | Cummings & Lockwood |
| 4247675 | 8/15/2016 | $416.40 | Charter Oak Arb Clause | 8/13/2020 | WSFS_INDEM_0257848 | 6/22/2018 | WSFS00024844 | 7/26/2016 | Greenberg Traurig |
| 4247735 | 8/15/2016 | $10,778.95 | Ridgewood | 8/13/2020 | WSFS_INDEM_0257913 | 6/22/2018 | WSFS00025670 | 7/26/2016 | Greenberg Traurig |
| 4267658 | 8/26/2016 | $39,218.23 | Universitas | 1/31/2020 | WSFS_INDEM_0255403 | 6/22/2018 | WSFS00024973 | 8/11/2016 | Greenberg Traurig |
| 514104 | 8/26/2016 | $9,970.00 | Universitas | 1/31/2020 | WSFS_INDEM_0255654 | 6/22/2018 | WSFS00025229 | 8/5/2016 | Cummings & Lockwood |
| 514107 | 8/26/2016 | $19,572.47 | Ridgewood | 1/31/2020 | WSFS_INDEM_0255948 | 6/22/2018 | WSFS00025773 | 8/5/2016 | Cummings & Lockwood |
| 4267662 | 8/26/2016 | $14,615.92 | Ridgewood | 8/13/2020 | WSFS_INDEM_0257921 | 6/22/2018 | WSFS00025678 | 8/11/2016 | Greenberg Traurig |
| 962416 | 8/26/2016 | $40,844.61 | Universitas | 6/22/2018 | WSFS00025252 | N/A | N/A | 7/29/2016 | DTI |
| 926534 | 8/30/2016 | $8,506.85 | Universitas | 6/22/2018 | WSFS00025240 | N/A | N/A | 1/29/2016 | DTI |
| 966409 | 9/22/2016 | $3,917.71 | Universitas | 6/22/2018 | WSFS00025254 | N/A | N/A | 8/31/2016 | DTI |
| 968033 | 9/22/2016 | $16,887.00 | Universitas | 6/22/2018 | WSFS00025256 | N/A | N/A | 8/31/2016 | DTI |
| 4288258 | 9/26/2016 | $52,120.17 | Universitas | 1/31/2020 | WSFS_INDEM_0255413 | 6/22/2018 | WSFS00024983 | 9/8/2016 | Greenberg Traurig |
| 1560 | 9/29/2016 | $1,651.08 | US v. Carpenter Trial Transcript | 6/22/2018 | WSFS00025392 | N/A | N/A | 9/14/2016 | Darlene Warner (Transcripts) |
| 1000216 | 10/27/2016 | $45,975.00 | Universitas | 1/31/2020 | WSFS_INDEM_0255761 | 6/22/2018 | WSFS00025473 | 9/16/2016 | Cummings & Lockwood |
| 1000218 | 10/27/2016 | $12,537.47 | Ridgewood | 1/31/2020 | WSFS_INDEM_0255863 | 6/22/2018 | WSFS00025581 | 9/16/2016 | Cummings & Lockwood |
| 972417 | 10/27/2016 | $4,032.21 | Universitas | 6/22/2018 | WSFS00025258 | N/A | N/A | 9/30/2016 | DTI |
| 508650 | 10/28/2016 | $1,395.00 | Conn. Stay Litigation | 1/31/2020 | WSFS_INDEM_0255853 | 6/22/2018 | WSFS00025571 | 5/20/2016 | Cummings & Lockwood |
| 4313868 | 11/4/2016 | $6,734.33 | Ridgewood | 8/13/2020 | WSFS_INDEM_0257929 | 6/22/2018 | WSFS00025686 | 10/10/2016 | Greenberg Traurig |
| 4313889 | 11/4/2016 | $39,067.48 | Universitas | 1/31/2020 | WSFS_INDEM_0255423 | 6/22/2018 | WSFS00024993 | 10/12/2016 | Greenberg Traurig |
| 1002971 | 11/28/2016 | $32,206.00 | Universitas | 1/31/2020 | WSFS_INDEM_0255290 | 6/22/2018 | WSFS00024857 | 11/1/2016 | Cummings & Lockwood |
| 4341720 | 11/28/2016 | $33,563.23 | Universitas | 1/31/2020 | WSFS_INDEM_0255433 | 6/22/2018 | WSFS00025003 | 11/11/2016 | Greenberg Traurig |
| 1002973 | 11/28/2016 | $18,495.00 | Universitas | 1/31/2020 | WSFS_INDEM_0255769 | 6/22/2018 | WSFS00025481 | 11/11/2016 | Cummings & Lockwood |
| 1002972 | 11/28/2016 | $2,006.41 | Ridgewood | 6/22/2018 | WSFS00025588 | N/A | N/A | 11/1/2016 | Cummings & Lockwood |
| 1002974 | 11/28/2016 | $4,510.00 | Ridgewood | 1/31/2020 | WSFS_INDEM_0255875 | 6/22/2018 | WSFS00025593 | 11/11/2016 | Cummings & Lockwood |
| 4341723 | 11/28/2016 | $5,029.77 | Ridegwood | 8/13/2020 | WSFS_INDEM_0257937 | 6/22/2018 | WSFS00025694 | 11/7/2016 | Greenberg Traurig |
| 977718 | 11/28/2016 | $1,893.75 | Universitas | 6/22/2018 | WSFS00025260 | N/A | N/A | 10/31/2016 | DTI |
| 4363651 | 12/14/2016 | $31,019.09 | Universitas | 1/31/2020 | WSFS_INDEM_0255443 | 6/22/2018 | WSFS00025013 | 12/5/2016 | Greenberg Traurig |
| 4357711 | 12/14/2016 | $10,562.00 | Ridgewood | 8/13/2020 | WSFS_INDEM_0257944 | 6/22/2018 | WSFS00025701 | 12/5/2016 | Greenberg Traurig |
| 983845 | 12/22/2016 | $1,531.25 | Universitas | 6/22/2018 | WSFS00025262 | N/A | N/A | 11/30/2016 | DTI |
| 1004552 | 1/25/2017 | $10,521.44 | Universitas | 1/31/2020 | WSFS_INDEM_0255776 | 6/22/2018 | WSFS00025488 | 12/23/2016 | Cummings & Lockwood |
| 1004553 | 1/25/2017 | $4,293.00 | Ridgewood | 1/31/2020 | WSFS_INDEM_0255881 | 6/22/2018 | WSFS00025599 | 12/23/2016 | Cummings & Lockwood |
| 988801 | 1/25/2017 | $1,750.00 | Universitas | 6/22/2018 | WSFS00025264 | N/A | N/A | 12/30/2016 | DTI |
| 4402161 | 2/17/2017 | $45,244.34 | Universitas | 1/31/2020 | WSFS_INDEM_0255452 | 6/22/2018 | WSFS00025022 | 1/30/2017 | Greenberg Traurig |
| 1006113 | 2/17/2017 | $40,343.00 | Universitas | 1/31/2020 | WSFS_INDEM_0255782 | 6/22/2018 | WSFS00025496 | 1/31/2017 | Cummings & Lockwood |
| 1006114 | 2/17/2017 | $2,637.00 | Ridgewood | 1/31/2020 | WSFS_INDEM_0255886 | 6/22/2018 | WSFS00025604 | 1/31/2017 | Cummings & Lockwood |
| 992867 | 2/17/2017 | $1,312.50 | Universitas | 6/22/2018 | WSFS00025266 | N/A | N/A | 1/31/2017 | DTI |
| 4407753 | 3/9/2017 | $20,400.78 | Universitas | 1/31/2020 | WSFS_INDEM_0255462 | 6/22/2018 | WSFS00025032 | 2/13/2017 | Greenberg Traurig |
| 4407811 | 3/9/2017 | $10,063.00 | Ridgewood | 8/13/2020 | WSFS_INDEM_0257951 | 6/22/2018 | WSFS00025708 | 2/14/2017 | Greenberg Traurig |
| 1-15-0003-1194-2-JZ | 3/9/2017 | $32,625.00 | Universitas | 6/22/2018 | WSFS00024855 | N/A | N/A | 1/11/2017 | AAA |
| 576686 | 3/17/2017 | $9,024.00 | Coverage | 2/12/2020 | WSFS_INDEM_0257094 | N/A | N/A | 2/9/2017 | Offit Kurman |
| 993805 | 3/22/2017 | $1,491.28 | Universitas | 6/22/2018 | WSFS00025268 | N/A | N/A | 2/28/2017 | DTI |

| Inv. Number | Payment Date | Amount Sought | Relevant Matter | Date Unredacted Invoice Provided To Truist | Doc. ID of Unredacted Invoice | Date Redacted Invoice Provided to Truist | Doc. ID of Redacted Invoice | Inv. Date | Payee |
|---|---|---|---|---|---|---|---|---|---|
| 582040 | 4/11/2017 | $11,357.00 | Coverage | 2/12/2020 | WSFS_INDEM_0257099 | N/A | N/A | 3/13/2017 | Offit Kurman |
| 1007282 | 4/13/2017 | $40,592.00 | Universitas | 1/31/2020 | WSFS_INDEM_0255789 | 6/22/2018 | WSFS00025503 | 2/24/2017 | Cummings & Lockwood |
| 1007283 | 4/13/2017 | $3,415.00 | Ridgewood | 1/31/2020 | WSFS_INDEM_0255890 | 6/22/2018 | WSFS00025608 | 2/24/2017 | Cummings & Lockwood |
| 4438195 | 5/5/2017 | $36,027.59 | Universitas | 1/31/2020 | WSFS_INDEM_0255471 | 6/22/2018 | WSFS00025041 | 3/15/2017 | Greenberg Traurig |
| 584622 | 5/8/2017 | $6,242.00 | Coverage | 2/12/2020 | WSFS_INDEM_0257104 | N/A | N/A | 4/10/2017 | Offit Kurman |
| 4457516 | 5/8/2017 | $514.50 | Charter Oak Arb Clause | 8/13/2020 | WSFS_INDEM_0257854 | 6/22/2018 | WSFS00024850 | 4/10/2017 | Greenberg Traurig |
| 4457515 | 5/8/2017 | $884.00 | Ridgewood | 8/13/2020 | WSFS_INDEM_0257958 | 6/22/2018 | WSFS00025715 | 4/10/2017 | Greenberg Traurig |
| 1005733 | 5/8/2017 | $2,499.50 | Universitas | 6/22/2018 | WSFS00025495 | N/A | N/A | 3/31/2017 | DTI |
| 4466354 | 5/18/2017 | $61,245.93 | Universitas | 1/31/2020 | WSFS_INDEM_0255481 | 6/22/2018 | WSFS00025051 | 4/17/2017 | Greenberg Traurig |
| 1010850 | 5/25/2017 | $5,062.55 | Universitas | 6/22/2018 | WSFS00025513 | N/A | N/A | 4/28/2017 | DTI |
| 4478339 | 6/9/2017 | $104,168.29 | Universitas | 1/31/2020 | WSFS_INDEM_0255493 | 6/22/2018 | WSFS00025063 | 5/8/2017 | Greenberg Traurig |
| 589607 | 6/9/2017 | $2,304.00 | Coverage | 2/12/2020 | WSFS_INDEM_0257109 | N/A | N/A | 5/10/2017 | Offit Kurman |
| 4507089 | 6/26/2017 | $177,749.82 | Universitas | 1/31/2020 | WSFS_INDEM_0255505 | 6/22/2018 | WSFS00025075 | 6/7/2017 | Greenberg Traurig |
| 1011195 | 6/28/2017 | $33,777.50 | Universitas | 1/31/2020 | WSFS_INDEM_0255659 | 6/22/2018 | WSFS00025277 | 4/28/2017 | Cummings & Lockwood |
| 1011197 | 6/28/2017 | $46,214.50 | Universitas | 1/31/2020 | WSFS_INDEM_0255670 | 6/22/2018 | WSFS00025288 | 4/28/2017 | Cummings & Lockwood |
| 1011370 | 6/28/2017 | $56,454.55 | Universitas | 1/31/2020 | WSFS_INDEM_0255681 | 6/22/2018 | WSFS00025299 | 5/19/2017 | Cummings & Lockwood |
| 593867 | 6/28/2017 | $2,548.00 | Coverage | 2/12/2020 | WSFS_INDEM_0257114 | N/A | N/A | 6/13/2017 | Offit Kurman |
| 1016241 | 6/28/2017 | $1,121.50 | Universitas | 6/22/2018 | WSFS00025320 | N/A | N/A | 5/31/2017 | DTI |
| 1013393 | 6/29/2017 | $87,224.00 | Universitas | 1/31/2020 | WSFS_INDEM_0255298 | 6/22/2018 | WSFS00024865 | 6/13/2017 | Cummings & Lockwood |
| 1017572 | 7/27/2017 | $175.00 | Universitas | 6/22/2018 | WSFS00025322 | N/A | N/A | 5/31/2017 | DTI |
| 1021615 | 7/27/2017 | $1,136.45 | Universitas | 6/22/2018 | WSFS00025350 | N/A | N/A | 6/30/2017 | DTI |
| 598268 | 8/3/2017 | $2,304.00 | Coverage | 2/12/2020 | WSFS_INDEM_0257119 | N/A | N/A | 7/14/2017 | Offit Kurman |
| 4542628 | 8/4/2017 | $166,479.55 | Universitas | 1/31/2020 | WSFS_INDEM_0255520 | 6/22/2018 | WSFS00025090 | 7/18/2017 | Greenberg Traurig |
| 1015150 | 8/4/2017 | $106,095.50 | Universitas | 1/31/2020 | WSFS_INDEM_0255690 | 6/22/2018 | WSFS00025308 | 7/14/2017 | Cummings & Lockwood |
| 20170822 | 8/28/2017 | $10,000.00 | Universitas | 6/22/2018 | WSFS00025399 | N/A | N/A | 8/22/2017 | Jan Gellis (Expert) |
| 20170825 | 8/28/2017 | $10,000.00 | Universitas | 6/22/2018 | WSFS00025404 | N/A | N/A | 8/25/2017 | Elizabeth Tylawsky (Expert) |
| 601149 | 8/29/2017 | $10,804.00 | Coverage | 2/12/2020 | WSFS_INDEM_0257124 | N/A | N/A | 8/8/2017 | Offit Kurman |
| 1026934 | 8/29/2017 | $1,486.47 | Universitas | 6/22/2018 | WSFS00025360 | N/A | N/A | 7/31/2017 | DTI |
| 4556723 | 8/30/2017 | $268,106.48 | Universitas | 1/31/2020 | WSFS_INDEM_0255536 | 6/22/2018 | WSFS00025106 | 8/15/2017 | Greenberg Traurig |
| 1016548 | 8/30/2017 | $144,160.00 | Universitas | 2/12/2020 | WSFS_INDEM_0256748 | 6/22/2018 | WSFS00025324 | 8/22/2017 | Cummings & Lockwood |
| 20170713 | 9/14/2017 | $31,116.65 | Universitas | 6/22/2018 | WSFS00025394 | N/A | N/A | 7/13/2017 | James Avery (Expert) |
| 20170727 | 9/14/2017 | $29,859.33 | Universitas | 6/22/2018 | WSFS00025397 | N/A | N/A | 7/27/2017 | James Avery (Expert) |
| 605083 | 10/11/2017 | $2,700.00 | Coverage | 2/12/2020 | WSFS_INDEM_0257130 | N/A | N/A | 9/8/2017 | Offit Kurman |
| 1031588 | 10/11/2017 | $1,048.97 | Universitas | 6/22/2018 | WSFS00025366 | N/A | N/A | 8/31/2017 | DTI |
| 101145142 | 10/11/2017 | $14,800.00 | Universitas | 6/22/2018 | WSFS00025515 | N/A | N/A | 9/12/2017 | Elizabeth Tylawsky (Expert) |
| 4583516 | 10/13/2017 | $100,825.55 | Universitas | 1/31/2020 | WSFS_INDEM_0255553 | 6/22/2018 | WSFS00025123 | 9/18/2017 | Greenberg Traurig |
| 1018044 | 10/13/2017 | $85,174.50 | Universitas | 2/12/2020 | WSFS_INDEM_0256760 | 6/22/2018 | WSFS00025516 | 9/15/2017 | Cummings & Lockwood |
| 20171023 | 11/10/2017 | $4,950.00 | Universitas | 6/22/2018 | WSFS00025410-11 | N/A | N/A | 10/23/2017 | AAA |
| 20344 | 11/10/2017 | $6,818.75 | Universitas | 11/17/2021 | WSFS00025413-14 | N/A | N/A | 9/14/2017 | Jan Gellis (Expert) |
| 1038245 | 11/21/2017 | $1,136.47 | Universitas | 6/22/2018 | WSFS00025368 | N/A | N/A | 9/30/2017 | DTI |
| 609013 | 11/21/2017 | $14,317.00 | Coverage | 2/12/2020 | WSFS_INDEM_0257135 | N/A | N/A | 10/6/2017 | Offit Kurman |
| 1020001 | 11/28/2017 | $92,972.00 | Universitas | 2/12/2020 | WSFS_INDEM_0256773 | 6/22/2018 | WSFS00025337 | 10/12/2017 | Cummings & Lockwood |
| 4606161A | 11/28/2017 | $134,596.44 | Universitas | 2/12/2020 | WSFS_INDEM_0256970 | 6/22/2018 | WSFS00025141 | 10/17/2017 | Greenberg Traurig |
| 4621898 | 12/14/2017 | $126,626.24 | Universitas | 2/12/2020 | WSFS_INDEM_0256981 | 6/22/2018 | WSFS00025152 | 11/4/2017 | Greenberg Traurig |
| 1020811 | 12/18/2017 | $77,803.50 | Universitas | 2/12/2020 | WSFS_INDEM_0256782 | 6/22/2018 | WSFS00025345 | 11/17/2017 | Cummings & Lockwood |
| 1042484 | 12/18/2017 | $1,048.83 | Universitas | 6/22/2018 | WSFS00025371 | N/A | N/A | 10/31/2017 | DTI |
| 614119 | 12/18/2017 | $28,425.50 | Coverage | 2/12/2020 | WSFS_INDEM_0257140 | N/A | N/A | 11/9/2017 | Offit Kurman |
| 1045542 | 12/28/2017 | $1,048.83 | Universitas | 6/22/2018 | WSFS00025374 | N/A | N/A | 11/30/2017 | DTI |
| 619954 | 12/28/2017 | $19,262.00 | Coverage | 2/12/2020 | WSFS_INDEM_0257146 | N/A | N/A | 12/13/2017 | Offit Kurman |

| **Inv. Number** | **Payment Date** | **Amount Sought** | **Relevant Matter** | **Date Unredacted Invoice Provided To Truist** | **Doc. ID of Unredacted Invoice** | **Date Redacted Invoice Provided to Truist** | **Doc. ID of Redacted Invoice** | **Inv. Date** | **Payee** |
|---|---|---|---|---|---|---|---|---|---|
| 1022594 | 12/29/2017 | $84,829.00 | Universitas | 2/12/2020 | WSFS_INDEM_0256789 | 6/22/2018 | WSFS00025352 | 12/5/2017 | Cummings & Lockwood |
| 4647809 | 1/2/2018 | $121,249.96 | Universitas | 1/31/2020 | WSFS_INDEM_0255592 | 6/22/2018 | WSFS00025162 | 12/5/2017 | Greenberg Traurig |
| 20170906 | 1/5/2018 | $5,177.97 | Ridgewood | 6/22/2018 | WSFS00025614-15 | N/A | N/A | 9/6/2017 | Kaplan Rice |
| 1049726 | 2/7/2018 | $1,048.83 | Universitas | 6/22/2018 | WSFS00025377 | N/A | N/A | 12/31/2017 | DTI |
| 1024664 | 2/27/2018 | $4,842.00 | Universitas | 2/12/2020 | WSFS_INDEM_0256795 | 6/22/2018 | WSFS00024878 | 1/31/2018 | Cummings & Lockwood |
| 4710158A | 3/6/2018 | $3,831.82 | Universitas | 1/31/2020 | WSFS_INDEM_0255609 | 6/22/2018 | WSFS00025179 | 2/26/2018 | Greenberg Traurig |
| 1057259 | 3/6/2018 | $1,048.83 | Universitas | 6/22/2018 | WSFS00025380 | N/A | N/A | 1/31/2018 | DTI |
| 623926 | 3/13/2018 | $18,799.75 | Coverage | 2/12/2020 | WSFS_INDEM_0257152 | N/A | N/A | 1/12/2018 | Offit Kurman |
| 627610 | 3/13/2018 | $24,407.00 | Coverage | 2/12/2020 | WSFS_INDEM_0257159 | N/A | N/A | 2/9/2018 | Offit Kurman |
| 1025917 | 3/16/2018 | $889.00 | Universitas | 2/12/2020 | WSFS_INDEM_0256798 | 6/22/2018 | WSFS00025357 | 2/28/2018 | Cummings & Lockwood |
| 4686818 | 3/19/2018 | $22,179.14 | Universitas | 1/31/2020 | WSFS_INDEM_0255603 | 6/22/2018 | WSFS00025173 | 1/23/2018 | Greenberg Traurig |
| 1027913 | 4/19/2018 | $21,131.80 | Universitas | 2/12/2020 | WSFS_INDEM_0256801 | 6/22/2018 | WSFS00025362 | 3/30/2018 | Cummings & Lockwood |
| 1060575 | 4/19/2018 | $973.83 | Universitas | 6/22/2018 | WSFS00025383 | N/A | N/A | 2/28/2018 | DTI |
| 4730137 | 4/19/2018 | $53,572.79 | Universitas | 2/12/2020 | WSFS_INDEM_0257013 | 6/22/2018 | WSFS00025183 | 3/23/2018 | Greenberg Traurig |
| 633615 | 4/19/2018 | $15,281.00 | Coverage | 2/12/2020 | WSFS_INDEM_0257165 | N/A | N/A | 3/13/2018 | Offit Kurman |
| 4756310 | 5/2/2018 | $507.69 | Universitas | 1/31/2020 | WSFS_INDEM_0255613 | 6/22/2018 | WSFS00025188 | 4/20/2018 | Greenberg Traurig |
| 1063736 | 5/2/2018 | $973.83 | Universitas | 6/22/2018 | WSFS00025386 | N/A | N/A | 3/31/2018 | DTI |
| 1029295 | 5/24/2018 | $35,446.00 | Universitas | 2/12/2020 | WSFS_INDEM_0256805 | N/A | N/A | 4/30/2018 | Cummings & Lockwood |
| 121012 | 5/24/2018 | $2,719.71 | Coverage | 2/12/2020 | WSFS_INDEM_0256884 | N/A | N/A | 4/30/2018 | DLS |
| 1069971 | 5/24/2018 | $973.83 | Universitas | 2/12/2020 | WSFS_INDEM_0256907 | N/A | N/A | 4/30/2018 | DTI |
| 4775795 | 5/24/2018 | $9,638.29 | Universitas | 2/12/2020 | WSFS_INDEM_0257021 | N/A | N/A | 5/9/2018 | Greenberg Traurig |
| 637608 | 5/24/2018 | $24,358.50 | Coverage | 2/12/2020 | WSFS_INDEM_0257169 | N/A | N/A | 4/12/2018 | Offit Kurman |
| 1030898 | 6/27/2018 | $1,471.00 | Universitas | 2/12/2020 | WSFS_INDEM_0256809 | N/A | N/A | 5/31/2018 | Cummings & Lockwood |
| 1075245 | 6/27/2018 | $973.83 | Universitas | 2/12/2020 | WSFS_INDEM_0256910 | N/A | N/A | 5/31/2018 | DTI |
| 4790158 | 6/27/2018 | $11,481.89 | Universitas | 2/12/2020 | WSFS_INDEM_0257026 | N/A | N/A | 6/3/2018 | Greenberg Traurig |
| 642880 | 6/27/2018 | $39,092.50 | Coverage | 2/12/2020 | WSFS_INDEM_0257176 | N/A | N/A | 5/14/2018 | Offit Kurman |
| 2 | 7/12/2018 | $7,250.00 | Coverage | 2/12/2020 | WSFS_INDEM_0257262 | N/A | N/A | 7/12/2018 | Ty Sagalow (Expert) |
| 1033277 | 7/30/2018 | $926.00 | Universitas | 2/12/2020 | WSFS_INDEM_0256812 | N/A | N/A | 6/29/2018 | Cummings & Lockwood |
| 1079630 | 7/30/2018 | $973.83 | Universitas | 2/12/2020 | WSFS_INDEM_0256913 | N/A | N/A | 6/30/2018 | DTI |
| 4825235 | 7/30/2018 | $45,772.85 | Universitas | 2/12/2020 | WSFS_INDEM_0257031 | N/A | N/A | 7/13/2018 | Greenberg Traurig |
| 649352 | 7/30/2018 | $36,208.50 | Coverage | 2/12/2020 | WSFS_INDEM_0257184 | N/A | N/A | 6/20/2018 | Offit Kurman |
| 121973 | 8/1/2018 | $7,574.27 | Coverage | 2/12/2020 | WSFS_INDEM_0256825 | N/A | N/A | 5/31/2018 | DLS |
| 122353 | 8/1/2018 | $886.92 | Coverage | 2/12/2020 | WSFS_INDEM_0256830 | N/A | N/A | 6/30/2018 | DLS |
| 122421 | 8/1/2018 | $108.00 | Coverage | 2/12/2020 | WSFS_INDEM_0256833 | N/A | N/A | 6/28/2018 | DLS |
| 122461 | 8/1/2018 | $1,547.00 | Coverage | 2/12/2020 | WSFS_INDEM_0256836 | N/A | N/A | 6/30/201 | DLS |
| 123002 | 8/1/2018 | $228.76 | Coverage | 2/12/2020 | WSFS_INDEM_0256856 | N/A | N/A | 7/20/2018 | DLS |
| PA3428041 | 8/2/2018 | $1,916.40 | Coverage | 2/12/2020 | WSFS_INDEM_0257263 | N/A | N/A | 7/31/2018 | Veritext |
| 1035009 | 8/6/2018 | $26,572.00 | Universitas | 2/12/2020 | WSFS_INDEM_0256815 | N/A | N/A | 7/26/2018 | Cummings & Lockwood |
| 122955A | 8/8/2018 | $6,489.48 | Coverage | 2/12/2020 | WSFS_INDEM_0256839 | N/A | N/A | 6/30/2018 | DLS |
| 122955 | 8/8/2018 | $6,434.40 | Coverage | 2/12/2020 | WSFS_INDEM_0256850 | N/A | N/A | 6/30/2018 | DLS |
| 2 | 8/13/2018 | $27,840.00 | Coverage | 11/5/2021 | WSFS_INDEM_0259610 | N/A | N/A | 6/30/2018 | Ty Sagalow (Expert) |
| 1085583 | 8/21/2018 | $973.83 | Universitas | 2/12/2020 | WSFS_INDEM_0256916 | N/A | N/A | 7/31/2018 | DTI |
| PA3441446 | 8/21/2018 | $1,027.89 | Coverage | 2/12/2020 | WSFS_INDEM_0257265 | N/A | N/A | 8/14/2018 | Veritext |
| 122955B | 8/23/2018 | $42,276.40 | Coverage | 2/12/2020 | WSFS_INDEM_0256845 | N/A | N/A | 6/30/2018 | DLS |
| PA3436619 | 8/28/2018 | $150.00 | Coverage | 2/12/2020 | WSFS_INDEM_0257264 | N/A | N/A | 8/20/2018 | Veritext |
| PA3442686 | 8/28/2018 | $686.95 | Coverage | 2/12/2020 | WSFS_INDEM_0257266 | N/A | N/A | 8/20/2018 | Veritext |
| PA3456076 | 8/28/2018 | $1,285.50 | Coverage | 2/12/2020 | WSFS_INDEM_0257268 | N/A | N/A | 8/24/2018 | Veritext |
| 8194347 | 9/4/2018 | $8,983.50 | Coverage | 2/12/2020 | WSFS_INDEM_0257246 | N/A | N/A | 8/22/2018 | McCarter & English (Discovery Master) |
| PA3459674 | 9/4/2018 | $418.44 | Coverage | 2/12/2020 | WSFS_INDEM_0257269 | N/A | N/A | 8/28/2018 | Veritext |

| Inv. Number | Payment Date | Amount Sought | Relevant Matter | Date Unredacted Invoice Provided To Truist | Doc. ID of Unredacted Invoice | Date Redacted Invoice Provided to Truist | Doc. ID of Redacted Invoice | Inv. Date | Payee |
|---|---|---|---|---|---|---|---|---|---|
| PA3463371 | 9/4/2018 | $742.99 | Coverage | 2/12/2020 | WSFS_INDEM_0257270 | N/A | N/A | 8/20/2018 | Veritext |
| PA3456258 | 9/4/2018 | $2,376.74 | Coverage | 11/5/2021 | WSFS_INDEM_0259607 | N/A | N/A | 8/29/2018 | Veritext |
| 1036565 | 9/6/2018 | $3,400.00 | Universitas | 2/12/2020 | WSFS_INDEM_0256819 | N/A | N/A | 8/22/2018 | Cummings & Lockwood |
| 654224 | 9/6/2018 | $115,342.42 | Coverage | 2/12/2020 | WSFS_INDEM_0257193 | N/A | N/A | 7/19/2018 | Offit Kurman |
| PA3448638 | 9/6/2018 | $920.59 | Coverage | 2/12/2020 | WSFS_INDEM_0257267 | N/A | N/A | 8/22/2018 | Veritext |
| 123714A | 9/8/2018 | $6,644.18 | Coverage | 2/12/2020 | WSFS_INDEM_0256859 | N/A | N/A | 7/31/2018 | DLS |
| 123714 | 9/8/2018 | $4,824.94 | Coverage | 2/12/2020 | WSFS_INDEM_0256863 | N/A | N/A | 7/31/2018 | DLS |
| 123758 | 9/8/2018 | $598.97 | Coverage | 2/12/2020 | WSFS_INDEM_0256867 | N/A | N/A | 8/17/2018 | DLS |
| 124048 | 9/8/2018 | $714.93 | Coverage | 2/12/2020 | WSFS_INDEM_0256870 | N/A | N/A | 8/28/2018 | DLS |
| 658211 | 9/12/2018 | $115,942.42 | Coverage | 2/12/2020 | WSFS_INDEM_0257206 | N/A | N/A | 8/14/2018 | Offit Kurman |
| 4849376 | 9/17/2018 | $28,537.59 | Universitas | 2/12/2020 | WSFS_INDEM_0257039 | N/A | N/A | 8/14/2018 | Greenberg Traurig |
| 3 | 9/20/2018 | $24,324.15 | Coverage | 2/12/2020 | WSFS_INDEM_0257244 | N/A | N/A | 8/30/2018 | Ty Sagalow (Expert) |
| 4 | 9/20/2018 | $1,812.50 | Coverage | 2/12/2020 | WSFS_INDEM_0257245 | N/A | N/A | 9/7/2018 | Ty Sagalow (Expert) |
| 8200230 | 9/20/2018 | $268.90 | Coverage | 2/12/2020 | WSFS_INDEM_0257256 | N/A | N/A | 9/18/2018 | McCarter & English (Discovery Master) |
| PA3478831 | 9/20/2018 | $150.00 | Coverage | 2/12/2020 | WSFS_INDEM_0257271 | N/A | N/A | 9/14/2018 | Veritext |
| 1038242 | 10/10/2018 | $1,699.00 | Universitas | 2/12/2020 | WSFS_INDEM_0256822 | N/A | N/A | 9/17/2018 | Cummings & Lockwood |
| 90261506 | 10/10/2018 | $973.82 | Universitas | 2/12/2020 | WSFS_INDEM_0256919 | N/A | N/A | 8/31/2018 | DTI |
| 4869044 | 10/10/2018 | $4,373.49 | Universitas | 2/12/2020 | WSFS_INDEM_0257046 | N/A | N/A | 9/14/2018 | Greenberg Traurig |
| 4880899 | 10/10/2018 | $1,079.09 | Universitas | 2/12/2020 | WSFS_INDEM_0257049 | N/A | N/A | 10/2/2018 | Greenberg Traurig |
| 664918 | 10/10/2018 | $154,122.81 | Coverage | 2/12/2020 | WSFS_INDEM_0257220 | N/A | N/A | 9/20/2018 | Offit Kurman |
| 124379 | 10/12/2018 | $6,434.95 | Coverage | 2/12/2020 | WSFS_INDEM_0256873 | N/A | N/A | 8/31/2018 | DLS |
| 90270686 | 10/16/2018 | $973.82 | Universitas | 2/12/2020 | WSFS_INDEM_0256922 | N/A | N/A | 9/30/2018 | DTI |
| 125146 | 10/18/2018 | $3,271.80 | Coverage | 2/12/2020 | WSFS_INDEM_0256878 | N/A | N/A | 9/30/2018 | DLS |
| 666234 | 10/30/2018 | $8,923.73 | Coverage | 2/12/2020 | WSFS_INDEM_0257239 | N/A | N/A | 10/5/2018 | Offit Kurman |
| 126130 | 11/15/2018 | $1,621.80 | Coverage | 2/12/2020 | WSFS_INDEM_0256881 | N/A | N/A | 10/31/2018 | DLS |
| 90278658 | 11/19/2018 | $973.82 | Universitas | 2/12/2020 | WSFS_INDEM_0256925 | N/A | N/A | 10/31/2018 | DTI |
| 4913064 | 11/19/2018 | $1,302.09 | Universitas | 2/12/2020 | WSFS_INDEM_0257052 | N/A | N/A | 11/6/2018 | Greenberg Traurig |
| 4939274 | 12/11/2018 | $434.99 | Universitas | 2/12/2020 | WSFS_INDEM_0257055 | N/A | N/A | 12/4/2018 | Greenberg Traurig |
| 4965143 | 1/24/2019 | $522.99 | Universitas | 2/12/2020 | WSFS_INDEM_0257058 | N/A | N/A | 1/7/2019 | Greenberg Traurig |
| 4996431a | 3/1/2019 | $703.44 | Universitas | 2/12/2020 | WSFS_INDEM_0257061 | N/A | N/A | 2/19/2019 | Greenberg Traurig |
| 5023780 | 4/2/2019 | $344.99 | Universitas | 2/12/2020 | WSFS_INDEM_0257064 | N/A | N/A | 3/25/2019 | Greenberg Traurig |
| 5049436 | 4/30/2019 | $98.29 | Universitas | 2/12/2020 | WSFS_INDEM_0257067 | N/A | N/A | 4/25/2019 | Greenberg Traurig |
| 5074331 | 5/31/2019 | $288.99 | Universitas | 2/12/2020 | WSFS_INDEM_0257070 | N/A | N/A | 5/20/2019 | Greenberg Traurig |
| 5082443 | 6/18/2019 | $538.94 | Universitas | 2/12/2020 | WSFS_INDEM_0257073 | N/A | N/A | 6/5/2019 | Greenberg Traurig |
| 5123715 | 7/29/2019 | $344.59 | Universitas | 2/12/2020 | WSFS_INDEM_0257076 | N/A | N/A | 7/19/2019 | Greenberg Traurig |
| 5148691 | 9/9/2019 | $601.79 | Universitas | 2/12/2020 | WSFS_INDEM_0257079 | N/A | N/A | 8/19/2019 | Greenberg Traurig |
| 5170204 | 9/24/2019 | $1,557.99 | Universitas | 2/12/2020 | WSFS_INDEM_0257082 | N/A | N/A | 9/17/2019 | Greenberg Traurig |
| 5195727 | 11/4/2019 | $2,144.49 | Universitas | 2/12/2020 | WSFS_INDEM_0257085 | N/A | N/A | 10/17/2019 | Greenberg Traurig |
| 5211684 | 11/18/2019 | $474.19 | Universitas | 2/12/2020 | WSFS_INDEM_0257088 | N/A | N/A | 11/4/2019 | Greenberg Traurig |
| 5243692 | 12/16/2019 | $288.99 | Universitas | 2/12/2020 | WSFS_INDEM_0257091 | N/A | N/A | 12/6/2019 | Greenberg Traurig |
| 756858 | 2/12/2020 | $462.00 | Coverage | 10/22/2021 | WSFS_INDEM_0259604 | N/A | N/A | 1/21/2020 | Offit Kurman |