EXHIBIT 4 TO PROPOSED PRETRIAL ORDER

## Truist's December 1, 2021 Exhibit List

| Exhibit No. | Bates | Date | Description |
|---|---|---|---|
| 1 | WSFS_INDEM_0029658 | 10/01/06 | Charter Oak Trust Declaration of Trust (Olsen 71) |
| 2 | WSFS_INDEM_0248419 | 06/20/10 | June 20, 2010 Project Tar Heel Due Diligence Information - Data Room Index (Turner 6) |
| 3 | WSFS_INDEM_0236830 | 06/22/10 | June 22, 2010 Wall Street Journal Article entitled Regulators Crack Down on Murky Life-Insurance Policies (Turner 4) (Olsen 67) |
| 4 | WSFS_INDEM_0247977 | 06/23/10 | June 23, 2010 Email from M. Jones to J. Spidi, R. Fisch, others and attachment re: Riders for Litigation Issues (Olsen 68) |
| 5 | WSFS_INDEM_0248031 | 06/23/10 | June 23, 2010 Email chain between B. Sterling, J. Vest, S. Fowle, J. Adducci, C. Charles and B. O'Neill re Policies with attachments (Turner 7) |
| 6 | WSFS00065868 | 06/24/10 | June 24, 2010 Stock Purchase Agreement between WSFS Financial Corporation and National Penn Bancshares, Inc. (Turner 2) |
| 7 | WSFS00035374 | 06/24/10 | Disclosure Schedules to Stock Purchase Agreement Between National Penn Bancshares, Inc. and WSFS Financial Corporation Dated as of June 24, 2010 (Turner 3) |
| 8 | WSFS_INDEM_0186049 | 12/06/10 | Dec. 6, 2010 Transcript of Universitas Education v. Nova Group arbitration proceedings, Vol. 1 (Mactas 1) |
| 9 | WSFS_INDEM_0052096 | 12/07/10 | December 7, 2010 Transcript of Universitas Education v. Nova Group arbitration proceedings, Vol. 2 |
| 10 | WSFS_INDEM_0052232 | 12/08/10 | December 8, 2010 Transcript of Universitas Education v. Nova Group arbitration proceedings, Vol. 3 |
| 11 | BBT-006689 | 03/09/12 | Mar. 9, 2012 Letter from S. Swanson putting Chubb on notice re an incident (Bodnyk 2) |
| 12 | WSFS00064974 | 05/18/12 | May 18, 2012 Preliminary Statement of Valerie Edith Rosenthal and Jeffrey Rosenthal (Olsen 51) |

| 13 | WSFS_INDEM_0241390 | 05/31/12 | May 31, 2012 Email from S. Fowle to J. Olsen re: Mark-Up SPA and Marked-Up SPA (Olsen 69) |
| --- | --- | --- | --- |
| 14 | WSFS_INDEM_0241435 | 05/31/12 | May 31, 2012 Email from S. Fowle to J. Olsen re: revised SPA with attached redline (Olsen 70) |
| 15 | WSFS00061333 | 06/01/12 | June 1, 2012 Letter from J. Davis to S. Fainor attaching Delaware District court complaint filed in Rosenthal v. Christiana Bank & Trust, Case No. 12-cv-00623-UNA (Bodnyk 4) |
| 16 | BBT-006696 | 06/04/12 | June 4, 2012 Fax from S. Swanson to BPL Claims - First Report (Chubb) attaching June 4, 2012 letter re Rosenthal (Bodnyk 5) |
| 17 | BBT-006687 | 06/07/12 | June 7, 2012 Fax from S. Swanson to BPL Claims - First Report (Chubb) attaching information pertaining to possible claim re: Rosenthal (Bodnyk 3) |
| 18 | WSFS_INDEM_0028050 | 06/25/12 | June 25, 2012 Subpoena to WSFS from Universitas (Olsen 47) |
| 19 | Federal0005491 | 07/19/12 | July 19, 2012 Letter from T. Kouridis to S. Cox re Rosenthal matter, Claim No. 285045 (Bodnyk 6) (Olsen 52) |
| 20 | WSFS_INDEM_0027563 | 09/07/12 | September 7, 2012 Correspondence from J. Everhart re: Subpoena from Universitas (Olsen 49) |
| 21 | WSFS_INDEM_0027430-34; WSFS_INDEM_0027505-511 | 09/13/12 | September 13, 2012 Subpoena from Universitas to WSFS and correspondence (Olsen 48) |
| 22 | WSFS_INDEM_0027519 | 10/11/12 | October 11, 2012 Email from J. Everhart to D. Lutes (Olsen 50) |
| 23 | FEDERAL0005091 | 12/18/12 | December 18, 2012 Order Granting Rosenthal Motion to Dismiss as to Defendant National Penn (Olsen 53) |
| 24 | FEDERAL0005022 | 09/23/13 | September 23, 2013 Letter from Chubb to S. Cox withdrawing coverage (Olsen 54) |
| 25 | FEDERAL0005017 | 09/30/13 | September 30, 2013 Letter from T. Rea to Chubb (Olsen 55) |
| 26 | BBT-010221 | 11/15/13 | November 15, 2013 Letter from T. Rea to Chubb (Olsen 56) |
| 27 | BBT-011523 | 11/25/13 | November 25, 2013 Email from T. Rea to National Penn (Olsen 57) |

| 28 | HCC0000001 | 01/24/14 | January 24, 2014 HCC Policy (Olsen 41) |
| 29 | WSFS00046038 | 01/29/14 | Jan. 29, 2014 Email from A. Soven to J. Olsen re Rosenthal conference (Bodnyk 7) |
| 30 | BBT-009367 | 02/24/14 | Feb. 24, 2014 Letter and Mediation statement from John Cordrey to Magistrate Judge Burke re: mediation session in Rosenthal |
| 31 | WSFS_INDEM_0236684 | 04/16/14 | Apr. 16, 2014 Email Transmitting Letter and Letter from M. Barnett to J. Olsen attaching draft Universitas Complaint against Christiana Trust, and WSFS Financial (Olsen 58) |
| 32 | WSFS00045778 | 04/16/14 | April 16, 2014 Emails between J. Olsen, L. Geibel re: Charter Oak, Rosenthal (Olsen 59) |
| 33 | WSFS00062857 | 04/16/14 | April 16, 2014 Emails between J. Olsen, R. Hayman re: Charter Oak (Olsen 61) |
| 34 | HCC0000078 | 04/17/14 | Apr. 17, 2014 Email chain between R. Hayman, US Claims, J. Olsen, P. Geraghty, S. Fowle, M. Bennett, and T. Kearney re Demand Against WSFS/Draft Complaint - Universitas/Charter Oak Matter with attachments (Tortorella 3) (Olsen 60) |
| 35 | HCC0000077 | 05/08/14 | May 8, 2014 Letter from A. Rossi to R. Hayman acknowledging receipt of correspondence and matter has been assigned to C. Tortorella (Tortorella 4) |
| 36 | BBT-003346 | 04/06/15 | Notice of Arbitration and Statement of Claim |
| 37 | BBT-003335 | 04/07/15 | Letter from Jeffrey T. Zaino, Esq. of American Arbitration Association regarding arbitration process |
| 38 | BBT-004562 | 04/28/15 | Apr. 28, 2015 Letter from J. Davis to S. Fainor re Universitas arbitration (Bodnyk 9) (Olsen 4) |
| 39 | BBT-003334 | 04/28/15 | April 28, 2015 Email form J. Olsen to S. Kehoe re: Universitas Arbitration |
| 40 | BBT-009355 | 05/01/15 | May 1, 2015 Memo from S. Kehoe to the File re Call with John L. Olsen and Joseph Davis (Olsen 5) |

| 41 | BBT-005636 | 05/05/15 | May 5, 2015 Email from S. Kehoe to S. Bodnyk re Call with Olsen (Bodnyk 8) (Olsen 6) |
| --- | --- | --- | --- |
| 42 | BBT-004564 | 05/12/15 | May 12, 2015 Letter from T. Rea to Chubb providing notice on behalf of National Penn of the Universitas Claim against Christiana Bank and Trust Co. (Bodnyk 10) |
| 43 | BBT-004567 | 05/12/15 | May 12, 2015 Letter from T. Rea to AXIS Insurance Co. providing notice on behalf of National Penn of the Universitas Claim against Christiana Bank and Trust Co. (Bodnyk 11) |
| 44 | BBT-004569 | 05/12/15 | May 12, 2015 Letter from T. Rea to CNA - Claims Reporting providing notice on behalf of National Penn of the Universitas Claim against Christiana Bank and Trust Co. (Bodnyk 12) |
| 45 | BBT-010358 | 05/29/15 | May 29, 2015 Email from S. Kehoe to S. Bodnyk, A. Soven, T. Rea, P. Jaskot and M. DeTommaso and copying N. Alaimo re Universitas Update (SK 50) (Olsen 7) |
| 46 | HCC0000018 | 05/29/15 | May 29, 2015 Letter from C. Tortorella to R. Hayman (Olsen 42) |
| 47 | | 06/12/15 | Docket Sheet WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB |
| 48 | | 06/12/15 | WSFS Declaratory Judgment Complaint WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB |
| 49 | BBT-009894 | 06/23/15 | June 23, 2015 Letter from L. Sargent to T. Rea (Olsen 34) |
| 50 | BBT-009353 | 07/02/15 | July 2, 2015 email chain between S. Kehoe, J. Olsen, S. Bodnyk, P. Jaskot, A. Soven, T. Rea, R. Phillips, K. Huang and M. DeTommaso re Universitas/WSFS Indemnification claim - call with John Olsen @ WSFS (SK 51) (Olsen 8) |
| 51 | | 07/10/15 | D.I. 19 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, WSFS Motion to Remand |

| | | | |
|---|---|---|---|
| 52 | | 07/10/15 | D.I. 20 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, WSFS Memorandum in support of Motion to Remand |
| 53 | | 07/20/15 | D.I. 26 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, Ridgewood Finance Motion to Dismiss |
| 54 | | 07/20/15 | D.I. 27 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, Memorandum in support of Ridgewood Finance Motion to Dismiss |
| 55 | | 07/24/15 | D.I. 30 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, Universitas Motion to Stay and Compel Arbitration |
| 56 | | 07/24/15 | D.I. 31 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, Memorandum in support of Universitas Motion to Stay and Compel Arbitration |
| 57 | | 07/24/15 | D.I. 34 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, WSFS Amended Complaint |
| 58 | | 07/31/15 | D.I. 38 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, Ridgewood Brief in opposition to WSFS Motion to Remand to State Court |
| 59 | | 07/31/15 | D.I. 39 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, Universitas Brief in opposition to WSFS Motion to Remand to State Court |
| 60 | BBT-010381 | 08/05/15 | Aug. 5, 2015 Letter from E. Carleton to T. Rea acknowledging receipt of May 12, 2015 letter to AXIS providing notice of Arbitration (Olsen 35) |
| 61 | BBT-010379 | 08/06/15 | Aug. 6, 2016 Letter from S. Tenem to T. Rea acknowledging receipt of May 15 correspondence providing Notice of Arbitration and Statement of Claim (Olsen 36) |
| 62 | | 08/10/15 | D.I. 40 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911- |

| | | | |
|---|---|---|---|
| | | | VLB, WSFS Brief in opposition to Ridgewood's Motion to Dismiss |
| 63 | | 08/10/15 | D.I. 41 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, Ridgewood Motion to Dismiss Amended Complaint |
| 64 | | 08/10/15 | D.I. 42 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, Ridgewood Brief In Support Of Motion to Dismiss Amended Complaint |
| 65 | | 08/14/15 | D.I. 44 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, WSFS Brief in opposition to Universitas Motion to Stay Litigation and Compel Arbitration |
| 66 | | 08/14/15 | D.I. 45 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, WSFS Motion to Strike Hearsay Statements and Statements Not Based on Personal Knowledge from the Memorandum and Declaration in Support of Universitas' Motion to Stay and Compel Arbitration |
| 67 | | 08/14/15 | D.I. 46 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, WSFS Brief in support of Motion to Strike |
| 68 | | 08/14/15 | D.I. 47 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, WSFS Reply Brief in support of Motion to Remand |
| 69 | | 08/26/15 | Notice of Arbitration and Amended Statement of Claim |
| 70 | | 08/28/15 | D.I. 48 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, Universitas Reply Brief in support of Motion to Stay Litigation |
| 71 | | 08/31/15 | D.I. 49 WSFS v. Universitas Education, D. Conn. 3:15-cv-00911-VLB, WSFS Brief in opposition to Ridgewood Motion to Dismiss Amended Complaint |
| 72 | WSFS_INDEM_0240693 | 09/09/15 | WSFS Answering Statement and Affirmative Defenses to Universitas Education, LLC's Amended Statement |

| | | | |
|---|---|---|---|
| | | | of Claim and Counterclaim for Declaratory Relief |
| 73 | WSFS_INDEM_0240717 | 09/09/15 | WSFS Position Paper to American Arbitration Association |
| 74 | | 09/11/15 | D.I. 53 WSFS Reply Brief in support of Motion to Strike |
| 75 | BBT-005633 | 09/15/15 | Sept. 15, 2015 Email from S. Kehoe to S. Fainor and copying M. Hughes and S. Bodnyk re WSFS update (Olsen 9) |
| 76 | | 12/16/15 | D.I. 76 WSFS Brief in opposition to Ridgewood Motion for Protective Order |
| 77 | | 12/21/15 | Memorandum Opinion and Order in Universitas v. T.D. Bank, 2015 WL 9304551 (SDNY Dec. 21, 2015) |
| 78 | | 01/26/16 | D.I. 81 WSFS Motion to Compel Universitas to Respond to Discovery |
| 79 | | 01/26/16 | D.I. 82 WSFS Motion for Leave to File Sur-Reply Brief |
| 80 | | 01/26/16 | D.I. 83 WSFS Motion for Discovery Dispute Conference |
| 81 | | 02/02/16 | D.I. 88 WSFS Motion for Leave to File Supplement Brief re Motion to Remand |
| 82 | | 02/16/16 | D.I. 105 Order Denying Motion to Remand and granting Motion to Compel Arbitration and Granting Ridgewood Motion to Dismiss |
| 83 | | 02/17/16 | Feb. 17, 2016 Opinion in WSFS v. Universitas Education, LLC (D. Connecticut) (Stengel 13) |
| 84 | | 03/02/16 | D.I. 107 WSFS Motion for Reconsideration |
| 85 | | 03/09/16 | D.I. 108 WSFS Emergency Motion to Stay Arbitration |
| 86 | WSFS00019161 | 03/31/16 | Mar. 31, 2016 Letter from J. Davis to Arbitrator John Wilkinson requesting leave to file a dispositive motion seeking dismissal of arbitration demand (Olsen 12) |
| 87 | WSFS00021217 | 05/21/16 | May 21, 2016 Decisions on Applications by Arbitrator Wilkinson |
| 88 | BBT-010354 | 06/10/16 | June 10, 2016 Drinker Biddle Memorandum from S. Baker, N. Wixted and Z. Augustine to S. Kehoe |

|    |                     |          |                                                                                                                                                                                             |
|----|---------------------|----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|    |                     |          | re May 20, 2016 Meeting - National Penn/WSFS (Olsen 11)                                                                                                                                     |
| 89 | WSFS00018436        | 06/14/16 | WSFS's Answering Statement and Affirmative Defenses to Universitas Education LLC's Second Amended Statement of Claim and Counterclaim for Declaratory Relief                                |
| 90 | WSFS00029165        | 08/31/16 | August 31, 2016 Email from R. Hayman to J. Olsen re: Universitas/Charter Oak Matter (Olsen 62)                                                                                              |
| 91 | BBT-003393          | 10/18/16 | Email chain dated from Aug. 16 to Oct. 18, 2016 between J. Olsen, S. Kehoe, J. Davis, L. Sargent, J. Cannavino, and E. Carleton re Nat Penn/Universitas (Olsen 38)                          |
| 92 | WSFS00033409        | 10/21/16 | Email chain dated August 16 through October 21, 2016 between J. Olsen, L. Sargent, J. Davis, S, Kehoe, J. Cunningham, J. Cannavino, and E. Carleton re Nat Penn/Universitas                 |
| 93 | WSFS_INDEM_0236570  | 10/21/16 | Email chain dated from Aug. 16 to Oct. 21, 2016 between J. Olsen, L. Sargent, J. Davis, S. Kehoe, J. Cannavino and E. Carleton re Nat Penn/Universitas (Olsen 37)                           |
| 94 | WSFS00029392        | 10/26/16 | October 26, 2016 Email from K. Maher to R. Hayman re: Chubb Insurance (Olsen 65)                                                                                                            |
| 95 | FEDERAL000090       | 11/28/16 | File Note entitled "call to insd" and File Not Text entitled "Called Stephen Baker, counsel to Nat Penn's acquirer. Left vm" by L. Sargent (Olsen 39)                                       |
| 96 | BBT-005236          | 11/30/16 | Nov. 30, 2016 Letter from L. Sargent to S. Baker replacing June 23, 2015 correspondence that was forwarded on Oct. 10, 2016 and denying coverage (Bodnyk 15)                                |
| 97 |                     | 03/09/17 | D.I. 118 Order Denying WSFS Motion for Reconsideration                                                                                                                                      |
| 98 |                     | 03/31/17 | WSFS Financial Corporation Form 10-Q for quarterly period ended March 31, 2017 filed with SEC on May 9, 2017 (Stengel 6)                                                                    |

| 99 | HCC0000327 | 05/03/17 | May 3, 2017 Letter from Offit Kurman to C. Tortorella (Olsen 44) |
| --- | --- | --- | --- |
| 100 | WSFS00046625 | 05/16/17 | Transcript of Deposition of Jeffrey Everhart |
| 101 | WSFS00005688 | 05/24/17 | Partial Transcript of Deposition of Sharon Siebert |
| 102 | WSFS00019394 | 05/24/17 | Partial Transcript of Deposition of Sharon Siebert |
| 103 | WSFS_INDEM_0257768 | 06/07/17 | Letter from Joseph P. Davis to James Avery regarding supplemental agreement to terms of engagement. |
| 104 | | 06/07/17 | June 7, 2017 Expert Report of James Avery submitted in Universitas Arbitration |
| 105 | | 06/28/17 | June 27, 2017 Transcript of Deposition of James Avery, Jr. |
| 106 | | 06/30/17 | WSFS Financial Corporation Form 10-Q for quarterly period ended June 30, 2017 filed with SEC on Aug. 8, 2017 (Stengel 7) |
| 107 | | 07/17/17 | July 17-21, July 24, and Sept. 8, 2017 Transcript of Proceedings in Universitas Education, LLC v. WSFS Arbitration (Stengel 10) |
| 108 | WSFS00046206 | 07/17/17 | Email chain dated from July 11 to July 17, 2017 between P. Kircher, J. Olsen, J. Cunningham, M. Bleich and S. Baker re settlement demand and date of hearing (Olsen 25) |
| 109 | WSFS_INDEM_0257769 | 08/22/17 | Letter from Jan Ira Gellis to Joseph P. Davis regarding expert engagement |
| 110 | WSFS00030990 | 09/28/17 | Sept. 28, 2017 Letter from J. Cunningham to S. Baker re non-insurance coverage matters pertaining to Universitas arbitration proceeding (Keach 7) (Olsen 26) |
| 111 | WSFS00022733 | 09/28/17 | Letter from J. Cunningham to S. Baker re non-insurance coverage matters pertaining to Universitas/WSFS arbitration proceeding (Stengel 14) |
| 112 | WSFS00029400 | 09/29/17 | September 29, 2017 Email from R. Hayman to J. Olsen (Olsen 63) |
| 113 | WSFS00029398 | 09/29/17 | September 29, 2017 Email from J. Olsen to R. Hayman (Olsen 64) |
| 114 | | 09/30/17 | WSFS Financial Corporation Form 10-Q for quarterly period ended Sept. 30, |

| | | | |
|---|---|---|---|
| | | | 2017 filed with SEC on Nov. 8, 2017 (Stengel 9) |
| 115 | WSFS00022032 | 10/30/17 | Wilmington Savings Fund Society, FSB's Post-Hearing Brief submitted in Universitas Education arbitration on Oct. 30, 2017 (Olsen 13) |
| 116 | WSFS00050815 | 10/30/17 | Claimant Universitas Education, LLC's Post-Hearing Brief submitted on Oct. 30, 2017 |
| 117 | WSFS00023188 | 11/02/17 | Letter from N. Wixted to J. Davis re: documents from arbitration |
| 118 | WSFS00022742 | 11/03/17 | Letter from M. Miller to J. Cunningham |
| 119 | WSFS00000007 | 11/09/17 | Letter from J. Levin to M. Miller (Olsen 72) |
| 120 | WSFS00030651 | 11/10/17 | Nov. 10, 2017 Letter from J. Cunningham to M. Miller addressing statements in Miller's November 3, 2017 letter (Olsen 27) |
| 121 | WSFS00023755 | 11/17/17 | Email from N. Wixted to J. Davis re: documents from arbitration |
| 122 | WSFS00021894 | 11/29/17 | Wilmington Savings Fund Society, FSB's Post-Hearing Reply Brief submitted in Universitas Education arbitration on Nov. 29, 2017 (Olsen 14) |
| 123 | HCC0000499 | 12/14/17 | Email chain dated from Dec. 7 to Dec. 14, 2017 between C. Tortorella, R. Ruffee, N. Mashaw, D. Mangel, J. Levin, and M. Finnerty re settlement negotiation (Olsen 29) |
| 124 | | 12/28/17 | D.I. 1 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, Notice of Removal and copies of documents from DE Superior Court including WSFS Complaint |
| 125 | WSFS00030168 | 01/03/18 | Email chain dated from Dec. 7, 2017 to Jan. 3, 2018 between J. Cunningham, J. Olsen, J. Davis, J. Cannavino, J. Leven, M. Miller et al. re Universitas/WSFS (Olsen 28) |
| 126 | WSFS00030160 | 01/03/18 | January 3, 2018 Email from J. Olsen to J. Cunningham re: Emails with BB&T Counsel on Universitas settlement |

| 127 | WSFS00022636 | 01/09/18 | Email chain dated from Jan. 8 to Jan. 9, 2018 between J. Cunningham, M. Miller, S. Baker, N. Wixted, P. Kircher, M. Bleich, J. Zaino, J. Davis, J. Manson, J. Claydon, M. Wang and M. Friedman re timing on arbitration award (Olsen 15) |
|---|---|---|---|
| 128 | WSFS00030097 | 01/18/18 | January 8, 2018 Emails between J. Olsen and counsel re: arbitrator decision on oral arguments |
| 129 | | 01/19/18 | D.I. 17 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, HCC Answer |
| 130 | | 01/19/18 | D.I. 19 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, Motion to Stay or Transfer by Insurers |
| 131 | | 01/19/18 | D.I. 20 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, Brief in support of Motion to Stay or Transfer by Insurers |
| 132 | | 01/29/18 | D.I. 27 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, WSFS Motion to Remand to State Court |
| 133 | | 01/29/18 | D.I. 28 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, Brief in support of WSFS Motion to Remand |
| 134 | | 01/30/18 | D.I. 31 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, BB&T Corporation Answer to Complaint of WSFS |
| 135 | WSFS00029980 | 02/17/18 | February 17, 2018 Emails between WSFS and counsel re: Universitas Settlement |
| 136 | | 02/19/18 | D.I. 38 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, Answering Brief in Opposition to Motion to Stay or Transfer by WSFS |
| 137 | | 02/20/18 | D.I. 39 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, BB&T Amended Answer |

| 138 | WSFS_INDEM_0257713 | 02/25/18 | Feb. 25, 2018 Confidential Settlement Agreement and Release between WSFS, Christiana Bank and Trust and Universitas Education, LLC (Olsen 16) |
| --- | --- | --- | --- |
| 139 | WSFS00022662 | 02/27/18 | Email chain dated Feb. 20 to Feb. 27, 2018 between J. Cunningham, M. Miller, N. Wixted, P. Kircher and M. Bleich re Universitas/WSFS/Settlement Negotiations (Stengel 11) (Olsen 30) |
| 140 | | 03/12/18 | D.I. 49 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, Answer to Complaint by AXIS Insurance Company |
| 141 | | 03/12/18 | D.I. 50 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, Answer to Complaint by Federal Insurance Company |
| 142 | | 03/12/18 | D.I. 51 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, Answer to Complaint by Continental Casualty Company |
| 143 | | 04/04/18 | D.I. 61 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, WSFS Answer to Federal Insurance Counterclaim |
| 144 | | 04/04/18 | D.I. 62 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, WSFS Answer to AXIS Insurance Company Counterclaim |
| 145 | | 04/09/18 | D.I. 63 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, WSFS Motion to Amend Complaint |
| 146 | | 04/09/18 | D.I. 64 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, WSFS Brief in support of Motion to Amend Complaint |
| 147 | | 04/12/18 | D.I. 70 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, WSFS Amended Complaint |
| 148 | | 04/24/18 | D.I. 80 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, AXIS Insurance Company Answer to Amended Complaint |

| 149 |  | 04/27/18 | D.I. 81 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, Houston Casualty Company Answer to Amended Complaint |
| --- | --- | --- | --- |
| 150 |  | 04/27/18 | D.I. 82 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, Federal Insurance Company Answer to Amended Complaint |
| 151 |  | 04/27/18 | D.I. 83 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, Continental Casualty Company Answer to Amended Complaint |
| 152 |  | 04/27/18 | D.I. 85 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, BB&T Corporation Answer to Amended Complaint |
| 153 | HCC0000281 | 05/14/18 | Tortorella Claim Notes (Olsen 43) |
| 154 |  | 05/14/18 | D.I. 89 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, WSFS Answer to AXIS Insurance Company Counterclaim |
| 155 |  | 05/15/18 | D.I. 90 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, WSFS Answer to Federal Insurance Company Counterclaim |
| 156 |  | 05/15/18 | D.I. 91 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, BB&T Answer to AXIS Insurance Company Cross-claim |
| 157 |  | 05/15/18 | D.I. 92 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, BB&T Answer to Federal Insurance Company Cross-claim |
| 158 |  | 07/30/18 | D.I. 127 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, Special Master Report and Recommendation in response to Defendants Request for Production of Privileged Documents |
| 159 |  | 08/07/18 | D.I. 134 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, Order Adopting Special Master Report and Recommendation |
| 160 |  | 08/07/18 | D.I. 136 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867- |

|   |   |   | MAK, Stipulation on WSFS Legal Invoices |
|---|---|---|---|
| 161 |   | 08/28/18 | August 18, 2016 Deposition of R. Hayman in WSFS v. HCC et al., cv-17-1867-MAK (Olsen 66) |
| 162 |   | 08/30/18 | D.I. 164 WSFS v. Houston Casualty Company, D. Del. 1:17-cv-01867-MAK, Houston Casualty Company Amended Answer |
| 163 | HCC0000556 | 09/07/18 | HCC/WSFS Settlement Agreement (Olsen 46) |
| 164 |   | 10/04/18 | *D.I. 4 Houston Casualty Company v. WSFS Financial Corporation, et al.* 1:18-cv-01472, Complaint of Plaintiffs-Intervenors |
| 165 |   | 01/18/19 | Houston Casualty Company v. WSFS Financial Corporation, et al. (Case No. 1:18-cv-01472) BB&T Corp.'s Answer & Affirmative Defenses to WSFS Financial Corp.'s and Wilmington Savings Fund's Complaint filed on Jan. 18, 2019 in current case (SK 60) |
| 166 |   | 01/18/19 | Houston Casualty Company v. WSFS Financial Corporation, et al. (Case No. 1:18-cv-01472) BB&T Corp.'s Answer & Affirmative Defenses to Houston Casualty's Complaint filed Jan. 18, 2019 (SK 103) |
| 167 |   | 07/08/19 | Initial Disclosures of WSFS Financial Corporation and Wilmington Savings Fund Society, FSB dated July 8, 2009 in WSFS v. BB&T (No. 18-01472-LPS) (Stengel 12) |
| 168 |   | 07/08/19 | Houston Casualty Company v. WSFS Financial Corporation, et al. (Case No. 1:18-cv-01472) - Stipulated Protective Order |
| 169 |   | 05/21/20 | Houston Casualty Company v. WSFS Financial Corporation, et al. (Case No. 1:18-cv-01472) - D.I. 63 Stipulation and Order Amending Scheduling Order |
| 170 |   | 08/17/20 | Houston Casualty Company v. WSFS Financial Corporation, et al. (Case No. 1:18-cv-01472) - D.I. 75 Stipulation |

| | | | and [Proposed] Order Amending Scheduling Order |
|---|---|---|---|
| 171 | | 09/16/20 | Sept. 16, 2020 Letter from J. Goodchild to P. Kircher and G. Richeimer and copying M. Bleich and M. Beecy with list of individuals who participated in negotiation, review and execution of Stock Purchase Agreement (SK 102) |
| 172 | | 09/30/20 | Houston Casualty Company v. WSFS Financial Corporation, et al. (Case No. 1:18-cv-01472) - Sept. 30, 2020 Deposition taken of J. Olsen, Day 1 (Keach 8) |
| 173 | | 10/01/20 | Oct. 1, 2020 Deposition taken of J. Olsen, Day 2 |
| 174 | | 10/19/20 | Stipulation and Order Amending Scheduling Order D.I. 92 |
| 175 | | 11/10/20 | Nov. 10, 2020 Stengel Expert Report re reasonableness of Feb. 2018 settlement paid by WSFS to Universitas (Stengel 2) |
| 176 | RJK 000001 | 12/08/20 | Dec. 8, 2020 Keach expert report (Opinion regarding (1) Reasonableness of Attorneys' Fees Sought in Indemnity Action; (2) Reasonableness of WSFS Settlement of Universitas Arbitration) (Keach 1) (Stengel 4) |
| 177 | | 12/23/20 | Dec. 23, 2020 Reply Expert Report of Lawrence F. Stengel (Stengel 3) |
| 178 | | 02/03/21 | List of Practices & Industries Served currently appearing on Bern Stein Shur's website (Keach 3) |
| 179 | | 02/03/21 | List of Practices & Industries Served, Business Restructuring & Insolvency currently appearing on Bernstein Shur's website (Keach 4) |
| 180 | Federal0001188 | | Procedures for handling complaints/suits form (Bodnyk 1) |
| 181 | | | Robert Keach's Biography from Bernstein Shur website (Keach 2) |
| 182 | BBT-010354 | | Drinker Biddle Memorandum from S. Baker to S. Kehoe with internal office formatting issues in document (Olsen 10) |

| 183 | | | Printout of Civil Docket for Case No. 14-cv-00911-VLB in Connecticut District Court (Olsen 22) |
|---|---|---|---|
| 184 | HCC0000281 | | Claim notes by C. Tortorella for Christiana Bank & Trust Company with date range from May 12, 2014 to May 14, 2018 (Tortorella 5) |
| 185 | | | Civil Docket for Case 1:17-cv-01867-MAK (Olsen 45) |
| 186 | Various | | Compendium of Invoices Submitted by WSFS |